585 A.2d 389

TOWER CRANES OF AMERICA, INC. v. JOSEPH C. BONANNO.

October 10, 1990.

Petition for certification denied.

585 A.2d 389

TOWER CRANES OF AMERICA, INC. v. JOSEPH C. BONANNO.

October 10, 1990.

Cross-petition for certification denied.

585 A.2d 389

THOMAS CROWE v. M & M/MARS AND SPARTAN
DESIGN INCORPORATED.

October 10, 1990.

Petition for certification denied. (See 242 *N.J.Super.* 592, 577 *A.*2d 1278)

585 A.2d 390

ALFRED L. SMITH, JR. v. PLYMOUTH CHEERS INC.

October 10, 1990.

Petition for certification denied.